UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Selvin Solis Macario<br><br>              Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security<br><br>              Respondents. | Case No. _____<br><br>**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. Petitioner Selvin Solis Macario is a national of Guatemala and resident of Massachusetts. On information and belief, he was detained by federal immigration agents without a warrant and without any removal proceedings having been initiated or reinstated.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus and issue an order staying the government from removing him from this Court's jurisdiction during the pendency of this case.

3. Petitioner asks this Court to find that this detention was unlawful detained and order his release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner was placed into custody in Hopedale, MA.

## PARTIES

6. Mr. Solis Macario resides with his wife and US citizen child in Massachusetts.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

## FACTS

12. Petitioner is a national of Guatemala who came to the United States in over twenty years ago.

13. On September 16, 2025, Mr. Solis Macario was detained by Immigrations and Customs Enforcement while he was working for a roofing company adjacent to an elementary school.

14. As of September 17, 2025, he is not listed in the ICE Detainee Locator and there is no indication that the only case listed on the Executive Office of Immigration Review's public case information has any recent entries.

15. Accordingly, on information and belief, he has been detained prior to review of his existing immigration proceedings or initiation of new immigration proceedings and without a warrant.

16. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

17. On information and belief, Petitioner is at risk of imminently being removed from Massachusetts.

18. On information and belief, Petitioner is at risk of imminently being removed from the United States without due process.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fourth Amendment

38. Petitioner repeats and incorporates by reference the foregoing paragraphs of this petition as if fully set forth herein.

39. On information and belief, Petitioner was detained in violation of his constitutional right to be free from warrantless seizure.

### COUNT TWO
### Violation of Fifth Amendment Right to Due Process

38. Petitioner repeats and incorporates by reference the foregoing paragraphs of this petition as if fully set forth herein.

39. On information and belief, Petitioner is currently being arrested and detained by federal agents in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Declare that Petitioner's detention violated the Fourth Amendment prohibition on warrantless seizures and/or the Due Process Clause of the Fifth Amendment.

(4) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(5) Grant any further relief this Court deems just and proper.

**THE PETITIONER**

By */s/Melissa Allen Celli*

His Attorney
Melissa Allen Celli | BBO#666171
STREHORN, RYAN & HOOSE
100 Main Street, 3rd Fl.
Northampton, MA 01060
mcelli@strhlaw.com
(413) 586-4800 | [fax] (413) 582-6419

Dated: September 17, 2025