UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SELVIN SOLIS MACARIO,<br><br>　　　　Petitioner,<br><br>v.<br><br>PATRICIA HYDE et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil No. 25-12632-LTS<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

October 28, 2025

SOROKIN, J.

　　Pursuant to the Order dated October 17, 2025 (Doc. No. 17), the Amended Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described. Each party shall bear their own fees and costs.

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　 /s/ Leo T. Sorokin
　　　　　　　　　　　　　　　　　　United States District Judge